IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TIMOTHY M. BENSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-746-L** |
| | § | |
| **TRINITY INDUSTRIES INC.** and | § | |
| **TRINITY HIGHWAY PRODUCTS,** | § | |
| **LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Stipulation of Voluntary Dismissal With Prejudice, filed March 29, 2016. The court determines that this case should be dismissed. Accordingly, all claims and potential claims of Plaintiff against Defendants are hereby **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 29th day of March, 2016.

Sam A. Lindsay
United States District Judge

**ORDER – Solo Page**